UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

DEANNE GILES, an individual, KAIDEN, GILES, an individual, and LYDIA WILLIAMS, an individual,

Plaintiffs,

v.

AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; AIG CLAIMS, INC., a Delaware corporation; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,

Defendants.

Case No. 1:25-cv-00580-BLW-REP

**ORDER ADOPTING REPORT & RECOMMENDATION**

## INTRODUCTION

This matter is before the Court on United States Magistrate Judge Raymond E. Patricco's Report & Recommendation. *See* Dkt. 32. No objections were filed, and the matter is thus ripe for the Court's consideration. The Court will adopt the Report & Recommendation in its entirety and, accordingly, dismiss American International Group, Inc. as a defendant in this matter.

## THE GOVERNING LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1)(C), this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Where the parties object to a report and recommendation, this Court "shall make a de novo determination of those portions of the report which objection is made." Id. Where, however, no objections are filed the district court need not conduct a de novo review. To the extent that no objections are made, arguments to the contrary are waived, and "the Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Advisory Committee Notes to Fed. R. Civ. P. 72; *see also* 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

## DISCUSSION

The Court has reviewed the entire Report & Recommendation and the record in this matter for clear error on the face of the record and none has been found. The Magistrate Judge articulated and applied the correct standard of law and this Court agrees with his analysis and conclusion that Defendant American International Group, Inc. should be dismissed as a defendant in this matter. Accordingly, the Court will adopt the Report & Recommendation in its entirety.

## ORDER

**IT IS ORDERED that:**

1. The Report & Recommendation (Dkt. 32) is **ADOPTED IN ITS ENTIRETY** as the order of this Court.
2. Defendant American International Group, Inc.'s Motion to Dismiss (Dkt. 4) is **GRANTED**, and the claims against this defendant are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

DATED: August 19, 2026

B. Lynn Winmill
United States District Judge